SLIP OPINION

Cite as 2017 Ark. App. 142

# ARKANSAS COURT OF APPEALS

DIVISION IV
**No.** CV–16–770

| | |
|---|---|
| | **Opinion Delivered** March 8, 2017 |
| LENTZ CARRIER COMPANY, LLC AND CAROLINA CASUALTY INSURANCE COMPANY<br>APPELLANTS | APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION<br>[NOS. G501602, G505365] |
| V. | |
| ROBERT SMITH, SOUTHERN CHIPS, INC., AND FIRST LIBERTY INSURANCE CORPORATION<br>APPELLEES | |
| | REMANDED; MOTION GRANTED |

## BRANDON J. HARRISON, Judge

Lentz Carrier Company, LLC, and Carolina Casualty Insurance Company have filed an unopposed motion to remand to the Arkansas Workers' Compensation Commission. We grant the motion and remand to the Commission so it may consider the parties' joint petition to settle the case. The parties must provide this court with a status report within 90 days.

Remanded; motion granted.

HIXSON and BROWN, JJ., agree.

*Mayton, Newkirk & Jones*, by: *David C. Jones*, for appellants Lentz Carrier Co., LLC, and Carolina Casualty Insurance Co.

*Hart Law Firm, LLP*, by: *Neal L. Hart*, for appellee Robert Smith.

*Zachary Ryburn*, for appellees Southern Chips, Inc., and First Liberty Insurance Corp.